UNITED STATES, Appellee

v

HENRY L. MARTIN, Private, U. S. Marine Corps, Appellant

19 USCMA 486, 42 CMR 88

No. 22,873

June 5, 1970

*Lieutenant Martin A. Selzer,* JAGC, USNR, was on the pleadings for Appellant, Accused.

*Lieutenant Colonel Charles J. Keever,* USMC, was on the pleadings for Appellee, United States.

## Opinion of the Court

DARDEN, Judge:

The appellant pleaded guilty to possessing heroin on January 30 and May 15, 1969. Because of the date of these offenses the introduction of a record of nonjudicial Article 15 punishment during the post-finding portion of this court-martial was in error. United States v Johnson, 19 USCMA 464, 42 CMR 66 (1970). Moreover, there is a fair risk of resulting prejudice, since this inadmissible matter reflects a prior absence without leave, two thefts, and disrespect toward a superior officer. Because of the substantial nature of the earlier offenses we think the sentence should be reexamined. Accordingly, the decision of the Court of Military Review as to sentence is reversed. The record of trial is returned to the Judge Advocate General of the Navy for submission to the Court of Military Review for reconsideration of the sentence in light of this opinion.

Chief Judge QUINN concurs.

FERGUSON, Judge (concurring in the result):

I concur in the result for the reasons set forth in my separate opinion in United States v Johnson, 19 USCMA 464, 42 CMR 66 (1970).